IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DULCE GARCIA,**

   *Petitioner*,

v.                                   Case No.: 4:21cv138-MW/MAF

**ERICA STRONG, WARDEN,**
**FCI-TALLAHASSEE,**

   *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition for habeas corpus filed under 28 U.S.C. § 2241, ECF No. 4, is **DENIED**." The Clerk shall close the file.

**SO ORDERED on October 12, 2021.**

                                              s/Mark E. Walker        
                                              **Chief United States District Judge**